In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00414-CV

_____


IN RE COMMITMENT OF JERRY HANNAH

On Appeal from the 435th District Court
Montgomery County, Texas
Trial Cause No. 05-08-07799 CV

MEMORANDUM OPINION

In an appeal from an order entered in a sexually-violent-predator proceeding modifying the terms of a commitment order, changing the entity that approves where Jerry Hannah must reside, we questioned our appellate jurisdiction over such order. Upon consideration of the statute and the responses of the parties, we conclude that the trial court's order is not appealable, and we also conclude that mandamus relief on the issues Hannah raises is not warranted. Accordingly, we dismiss the appeal for lack of jurisdiction.

1

Recently, in *In re Commitment of Adams* and *In re Commitment of Cortez*, we addressed the same issues Hannah raises in his brief, and we concluded that we did not have appellate jurisdiction over these same issues. *In re Commitment of Adams*, No. 09-12-00393-CV, 2013 WL _____, at *___ (Tex. App.—Beaumont July _____, no pet. h.); *In re Commitment of Cortez*, No. 09-12-00385-CV, 2013 WL 3270613, at *2 (Tex. App.—Beaumont June 27, 2013, no pet. h.). We also considered whether Adams and Cortez raised issues entitling them to mandamus relief. *See Adams*, 2013 WL _____, at *___; *Cortez*, 2013 WL 3270613, at **2-6.

For the same reasons stated in *Adams* and *Cortez*, we conclude that we lack appellate jurisdiction to review the trial court's order dated July 26, 2012, and that Hannah has not demonstrated that he is entitled to mandamus relief. Accordingly, we dismiss Hannah's appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on July 10, 2013
Opinion Delivered August 15, 2013

Before McKeithen, C.J., Gaultney, and Kreger, JJ.

2